Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br>Plaintiff, <br><br>vs. <br><br>Javier Gonzalez, et al., <br><br>Defendants. | CASE NO. CV 1:12-CV-00736-LJO-GSA <br><br>PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER |

**ORDER**

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:12-cv-00736-LJO-GSA styled *J & J Sports Productions, Inc. v. Javier Gonzalez,* is **hereby continued to October 17, 2012 @ 9:30a.m. before Judge Gary S. Austin.**

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

1 | IT IS SO ORDERED.

2

3 | Dated:   **August 23, 2012**                              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE; AND ORDER
CASE NO. CV 1:12-cv-00736-LJO-GSA
PAGE 2**