Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| J & J Sports Productions, Inc., | CASE NO. CV 1:12-CV-00736-LJO-GSA |
|---|---|
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER |
| vs. | |
| Javier Gonzalez, et al., | |
| Defendants. | |

## ORDER

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:12-cv-00736-LJO-GSA styled *J & J Sports Productions, Inc. v. Javier Gonzalez,* is **hereby continued to October 17, 2012 @ 9:30a.m. before Judge Gary S. Austin.**

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

---

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE; AND ORDER
CASE NO. CV 1:12-cv-00736-LJO-GSA
PAGE 1**

IT IS SO ORDERED.

Dated:   **August 23, 2012**                             **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE