UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER GONZALEZ, et al.,<br><br>Defendants. | No. 1:12-cv-00736 LJO GSA<br><br>ORDER DIRECTING CLERK OF COURT TO REASSIGN THIS MATTER TO NEW DISTRICT AND MAGISTRATE JUDGES |

On May 27, 2025, Plaintiff filed an acknowledgment of satisfaction of judgments with this Court. ECF No. 34. The parties are informed that the District Judge currently listed as presiding over this matter is no longer an active member of the bench. In addition, this case falls outside the scope of matters that are currently handled by the undersigned.

Although judgment was issued and this case was closed on December 19, 2012 (see ECF Nos. 21, 22)[1] (order adopting findings and recommendations; judgment regarding same), because activity is still occurring on the docket in this case the Clerk of Court will be directed to assign new District and Magistrate Judges to this matter.

---

[1] A renewal of judgment was subsequently issued on October 27, 2022. See ECF No. 32.

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign new District and Magistrate Judges to this matter.

IT IS SO ORDERED.

Dated: __May 28, 2025__                                       __/s/ Gary S. Austin__
                                                                            UNITED STATES MAGISTRATE JUDGE